■ CARL TITKIN et al., Appellants, v ELAINE CASERTA et al., Respondents.—Order of the Supreme Court, Rockland County, dated July 23, 1984, affirmed, with one bill of costs, for the reasons stated by Justice Isseks at Special Term. Mangano, J. P., Bracken, Weinstein, Lawrence and Kooper, JJ., concur.